IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSE FELIX MONTANO-LOPEZ,<br>    Petitioner, | :<br>:<br>: |
| vs. | :   CIVIL ACTION NO. 14-0035-KD-C<br>:   CRIMINAL ACTION NO. 13-0059-KD-C |
| UNITED STATES OF AMERICA,<br>    Respondent. | :<br>: |

**ORDER**

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 29, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **25th** day of **August 2014.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**